# First Department, January, 1955.

## (January 11, 1955.)

■

EDWARD MEAGHER v. ROYAL BUILDING CORPORATION.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

PAULINE R. WEISS v. EDWARD H. WEISS.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEFFERSON BAILEY, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MATTHEW FRANK, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM KLEIN, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HORACE NELSON LAWS, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO LEIBERMAN, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLPH MACEDON, Appellant.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ.